UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

The Trustees of the Minnesota State Basic Building Trades Fringe Benefits Funds,

Plaintiffs,

Civil File No.: 00-423 ADM/AJB

vs.

**STIPULATION FOR SETTLEMENT**

Robert W. Compton, Inc., a Minnesota Corporation, d/b/a R.W. Compton, and d/b/a Robert W. Compton Block and Concrete; and Larry R. Compton,

Defendants.

## I. RECITALS

A. Plaintiffs have commenced this action against defendants seeking to recover unpaid contributions to Fringe Benefit funds, together with filing fee and attorney's fees.

B. The parties have reached agreement on the amounts to be paid as and for Fringe Benefit contributions, attorney's fees and filing fee.

C. The parties desire to enter into this agreement providing for payment of the amounts due by a specified date.

## II. TERMS AND CONDITIONS

A. Defendant, Robert W. Compton, Inc. owes the sum of $9,757.43 to the Cement Masons.

B. The parties have agreed to attorney's fees in the amount of $1,000.00.

C. The parties have agreed to filing fee in the amount of $150.00.

D. The total amount to be paid is the sum of $10,907.43.

FILED 9-13-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

E. Payment of the sum of $10,907.43 shall be made on or before September 20, 2000.

F. The parties agree that the Court may enter its Order incorporating this Stipulation without notice to either party and without further proceedings.

**III. EXECUTION**

The parties hereto through their undersigned attorney's have executed this Stipulation for Settlement as of the dates shown.

Dated: 8-31-00, 2000

**LAW OFFICES OF DAVID GRONBECK**

By: [signature]
David Gronbeck, #37990
One Financial Plaza Suite 1100
120 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 332-1866
Fax: (612) 339-8375

ATTORNEY FOR DEFENDANTS

Dated: September 1, 2000

**ROSENE, HAUGRUD & STAAB**

By: [signature]
Andrew E. Staab, #204705
Suite 1250, Capital Centre
386 North Wabasha Street
St. Paul, MN 55102-1300
Tel: (651) 227-6621
Fax: (651) 297-6642

ATTORNEY FOR PLAINTIFFS

Based upon the Stipulation of the parties IT IS HEREBY ORDERED that this matter is dismissed.

Dated: September 12, 2000

[signature]
JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT