# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Minnesota State Basic Building Trades Fringe Benefit Funds,

Plaintiffs,

vs.

Robert W. Compton, Inc., a Minnesota corporation, d/b/a R.W. Compton, and d/b/a Robert W. Compton Block and Concrete; and Larry R. Compton

Defendants.

Civil File No. 00-CV-423 ADM/AJB

**STIPULATION FOR SETTLEMENT AND ORDER**

## STIPULATION FOR SETTLEMENT

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, as follows:

1. That Defendants agree to pay Plaintiffs the sum of $20,352.19, which represents arrearages on fringe benefit contributions through December 31, 1999, plus liquidated damages, costs, statutory interest, and attorney fees.

2. That Defendants agree to pay Plaintiffs the above-stated sum by submitting to Plaintiffs' attorneys, ROSENE, HAUGRUD & STAAB, CHARTERED, under the following payment schedule:

   $2000.00, payable immediately;
   $2000.00, payable not later than April 20, 2001;
   $4000.00, payable not later than May 20, 2001;
   $4000.00, payable not later than June 20, 2001;
   $4000.00, payable not later than July 20, 2001;
   $4000.00, payable not later than August 20, 2001; and
   $352.19; payable not later than September 20, 2001.
   $20,352.19, Total

3. That in consideration for Defendants' payment of $20,352.19 and interest in accordance with the above-referenced payment schedule, Plaintiffs agree to forbear taking action against the Defendants.

FILED APR 1 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

4. That if Defendants default in submitting any of the payments in the above-referenced payment schedule, then the Court, upon the filing of an Affidavit of Non-compliance by either Plaintiffs or their attorneys, may enter judgment in favor of Plaintiffs and against Defendants for the unpaid balance thereon.

5. That this Stipulation for Settlement does not alter or otherwise affect any collective bargaining agreement with any union, and/or any labor agreement and/or participation agreement to which Defendants are currently bound.

6. That this matter may be dismissed with prejudice by the Court in accordance with the terms hereof; provided, however, that the matter may be reopened upon application of either party in the event of a default in the terms of settlement as embodied herein and for the purpose of enforcing the terms of this Stipulation for Settlement.

ROSENE, HAUGRUD & STAAB, CHARTERED

Dated: March 22, 2001

Andrew E. Staab
Attorneys for Plaintiffs
386 North Wabasha Street, Suite 1250
St. Paul, MN 55102-1300
(651) 227-6621
Attorney Registration #204705

Dated: March 22 2001

David Gronbeck
Attorney for Defendants
LAW OFFICES OF DAVID GRONBECK
One Financial Plaza Suite 1100
120 South Sixth Street
Minneapolis, MN 55402
(612) 332-1866
Attorney Registration #34277

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Dated: April 13, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT