UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE TRUSTEES OF THE MINNESOTA STATE BASIC BUILDING TRADES FRINGE BENEFIT FUNDS,

Plaintiff

v.

ROBERT W. COMPTON, INC., A MINNESOTA CORPORATION, d/b/a R.W. COMPTON AND d/b/a ROBERT W. COMPTON BLOCK AND CONCRETE; and LARRY R. COMPTON,

Defendants.

ORDER

Civil No. 00cv423(ADM/AJB)

---

The above matter came on for hearing before the undersigned upon Plaintiffs' attorney's Affidavit of Non-Compliance. Andrew E. Staab, Esquire, appeared on behalf of plaintiff; no appearance was made on behalf of defendants.

Based upon the Affidavit of Andrew E. Staab of Non-Compliance, and all the files and records herein IT IS HEREBY ORDERED:

That judgement is entered in favor of plaintiffs and against defendants jointly and severally in the amount of $16,352.19.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 6, 2001

JUDGE ANN D. MONTGOMERY
United States District Court

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP
DEPUTY CLERK