# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Trustees of the MN State Basic
Building Trades Fringe Benefit Funds

Case No. Civil 00-423 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Robert W. Compton, Inc., a MN Corporation and
Larry R. Compton,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiffs and against defendant jointly and severally in the amount of $16,352.19

DATE: September 6, 2001

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk